

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2007

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

        Re: <u>United States v. Caroline Ull</u>,
            07 Cr. 1228 (AKH)

Dear Judge Hellerstein:

    The above-captioned Indictment was returned by the Grand Jury on December 27, 2007, and has been assigned to Your Honor. The defendant was presented and arraigned in this case on a complaint before Magistrate Judge Frank Maas on December 4, 2007. However, I have been unable to reach defense counsel today or yesterday to schedule an initial conference and the defendant's arraignment on the Indictment. Additionally, I will be out of the office between January 2 and 4, 2008. Accordingly, it is likely I will not be able to schedule an initial conference with the Court until after January 7, 2008. In the meantime, the Government is preparing to produce discovery in the case.

    In light of the foregoing, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., in the interests of justice, until the such time as an initial conference can be scheduled and takes place, so as to allow the Government to produce, and the defendant to review, discovery.

*[handwritten: The conf. will be held Jan. 8, 2008, at 10:30 a.m. Time is excluded until then. 1.2.08]*

The Honorable Alvin K. Hellerstein
December 28, 2007
Page 2

    Thank you for your consideration of this matter.

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

        By:  _____
                         Antonia M. Apps
                         Assistant United States Attorney
                         (212) 637-2198 (phone)
                         (212) 637-2527 (fax)

cc: Jeremy Orden, Esq.