

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2008

**BY FACSIMILE**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

So ordered
3/17/08
[signature] A.K. Hellerstein

      Re: **United States v. Caroline Ull**
           07 Cr. 1228 (AKH)

Dear Judge Hellerstein:

    On March 3, 2008, the Court adjourned the pretrial conference previously scheduled for March 6, 2008 to March 14, 2008. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until March 14, 2008, in the interests of justice, so that the defendant may continue to review the discovery that has been produced by the Government in this case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Antonia M. Apps
Assistant United States Attorney
(212) 637-2456 (phone)
(212) 637-2198 (fax)

cc: Jeremy Orden, Esq.

TOTAL P.02