**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2008

The conf. is adjourned, and time is excluded, to May 6, 2008, at 9:45 a.m.
4-4-08
AKHellerstein

**BY FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: United States v. Caroline Ull, 07 Cr. 1228 (AKH)

Dear Judge Hellerstein:

The Government respectfully requests that the Court adjourn the conference scheduled in the above-captioned case for April 8, 2008, at 10:30a.m. At the last conference before the Court, the Court asked the Government to obtain a psychiatrist or physiologist for purposes of evaluating the defendant in this case. The Government is in the process of carrying out this request, but will need a few additional weeks to identify a suitable candidate. I have spoken with defense counsel and he agrees the conference should be adjourned.

The Government also respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until such time as the Court schedules another conference, in the interests of justice so that the defendant can continue to review discovery and the Government can identity a suitable professional to assist the Court in the case. Defense counsel consents to the exclusion of time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 4/7/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Antonia Apps
Antonia M. Apps
Assistant United States Attorney
Tel: (212) 637-2198
Fax: (212) 637-2527

cc: Jeremy Order, Esq.

MEMO ENDORSED