MAY-06-2008  13:42                 912126372527                                         P.02/02



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 6, 2008

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

*So ordered 5-6-08*
*[signature] A.K. Hellerstein*

    Re:  United States v. Caroline Ull,
         07 Cr. 1228 (AKH)

Dear Judge Hellerstein:

    The conference scheduled in this case for earlier today was re-scheduled at the request of defense counsel to May 12, 2008 at 9:30 a.m. The Court had previously excluded time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., between our last conference and today. The Government respectfully requests that time be excluded under the Speedy Trial Act, from today until May 12, 2008, in the interests of justice so that the defendant can continue to review discovery in the case. Defense counsel consents to the exclusion of time.

                  Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney

   By:  [signature]
                  Antonia M. Apps
                  Assistant United States Attorney
                  Tel: (212) 637-2198
                  Fax: (212) 637-2527

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

cc: Jeremy Orden, Esq.

TOTAL P.02