

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2008

*Adjournment granted.*
*Time excluded.*
*6-24-08*
*[signature] A.K. Hellerstein*
*@ 11:00 a.m*

**BY FACSIMILE**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re: <u>United States v. Caroline Ull</u>
         07 Cr. 1228 (AKH)

Dear Judge Hellerstein:

    The parties were scheduled to have a conference in the above-captioned matter on June 17, 2008. At defense counsel's request, the conference has been adjourned to July 7, 2008. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until July 7, 2008, in the interests of justice, so that the parties may continue their discussions regarding a possible disposition of the case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By: [signature]
    Antonia M. Apps
    Assistant United States Attorney
    (212) 637-2198 (phone)
    (212) 637-2387 (fax)

cc: Jeremy Orden, Esq.