```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

         - v. -                     :    ORDER

CAROLINE ULL,                       :    07 Cr. 1228 (AKH)
     a/k/a "Ellen Ultang,"
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/08

WHEREAS the defendant has been evaluated by a psychiatrist and a psychologist as part of the mental health treatment imposed by Pretrial Services pursuant to the defendant's bail conditions;

WHEREAS the defendant, through counsel, has requested a copy of the evaluation prepared by such psychiatrist and psychologist, which has been provided to Pretrial Services (referred to herein as the "Report");

IT IS HEREBY ORDERED that Pretrial Services provide the Report to both the Government and defense counsel forthwith.

Dated:   August 28, 2008

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE